```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08711
   BARBARA A BOYKIN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-4963


----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 07/21/2006 and was confirmed 09/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/19/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                        PAID         PAID
----------------------------------------------------------------------
MARQUETTE CONSUMER FINAN   SECURED         19686.00     829.83       2752.25
MARQUETTE CONSUMER FINAN   UNSECURED         246.55        .00          .00
ALLIED CASH                UNSECURED       NOT FILED       .00          .00
AMERICASH LOANS LLC        UNSECURED         557.43        .00          .00
AMERICASH LOANS LLC        UNSECURED        1327.15        .00          .00
CASH LOANS TODAY           UNSECURED        1527.35        .00          .00
CERTEGY                    UNSECURED       NOT FILED       .00          .00
CHECK & GO                 UNSECURED       NOT FILED       .00          .00
ER SOLUTIONS INC           NOTICE ONLY    NOT FILED       .00          .00
ECAST SETTLEMENT CORP      UNSECURED         454.22        .00          .00
MONEY MARKET PAYDAY EXPR   UNSECURED       NOT FILED       .00          .00
PAY DAY LOAN STORE         SECURED NOT I    363.69         .00          .00
PAYDAY LOANS STORE OF IL   UNSECURED       NOT FILED       .00          .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED       .00          .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED       .00          .00
USA PAYDAY LOANS           UNSECURED       NOT FILED       .00          .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED       .00          .00
WORLDWIDE ASSET PURCHASI   UNSECURED         734.91        .00          .00
WORLDWIDE ASSET PURCHASI   UNSECURED         844.35        .00          .00
MACEY & ALEMAN             DEBTOR ATTY     2,700.00                   769.53
TOM VAUGHN                 TRUSTEE                                    248.39
DEBTOR REFUND              REFUND                                       .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                4,600.00

PRIORITY                                        .00
SECURED                                    2,752.25
    INTEREST                                 829.83

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08711 BARBARA A BOYKIN
```

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                     769.53
TRUSTEE COMPENSATION                                               248.39
DEBTOR REFUND                                                         .00
                                          ---------------   ---------------
TOTALS                                           4,600.00          4,600.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/23/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE